DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
Preston, Rose M.

Case No. 09-06268-FLK13

Debtor

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $10.00, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| Preston, Rose M. | PO BOX 686<br>SOAP LAKE, WA<br>98851 | $10.00 |

Dated: August 26, 2010

_Daniel W. Brunner_
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4874930      8/31/10      # 10⁰⁰